# UNITED STATES DISTRICT COURT

EASTERN          District of          VIRGINIA

FILED
NOV 19 2021
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

V.

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Francis Phillippi Harker          Case No. 2:21cr132

*Defendant*

Upon motion of the _____ United States, detention hearing is set for **11/24/21** * at **11:00 am**

before _____ United States Magistrate Judge _____
*Name of Judicial Officer*

Norfolk, Virginia
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____
*Other Custodial Official*

Date: **11/19/21**          /s/ _____
*Judge*

If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.