AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

United States of America
v.
Francis Phillippi Harker

Case No. 2:21cr132

FIO-11357283

**SEALED**

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Francis Phillippi Harker,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

T.18:922(g)(3) & 924(a)(2) - Possession of Firearm by Unlawful User of Controlled Substances

Date: 11/17/2021

*Issuing officer's signature*

City and state: Norfolk, Virginia

Robert J. Krask, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* November 18th, 2021, and the person was arrested on *(date)* November 19th, 2021
at *(city and state)* Virginia Beach, VA.

Date: November 19th, 2021.

*Arresting officer's signature*

Special Agent Jen Hartney
*Printed name and title*