


PENGAD-Bayonne, N.J.

GOVERNMENT EXHIBIT
A
22Cr132